UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

In re:
**Jackie Dale Long, Jr.** ,
**Karis Taneal Long** ,
Debtor..

Case No. 20-13430
Chapter **13**

## PAY ADVICE COVER SHEET

The following pay advice/income record information is filed on behalf of the debtors:

☑ Pay advices are attached as follows:

| Employer | Beginning date | Ending date |
|---|---|---|
| **The City of Oklahoma City** | **8/14/2020** | **10/9/2020** |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ The debtor certifies by his/her signature below that he/she has no pay records because:__________

Dated on **October 19, 2020** .

**/s/ Jackie Dale Long, Jr.**
**Jackie Dale Long, Jr.**
(Debtor Signature)

**/s/ Karis Taneal Long**
**Karis Taneal Long**
(Joint Signature)

☐ Pro se Debtor
☑ Represented by Counsel

**/s/ Ron D. Brown OBA**
(Attorney Signature)
**Ron D. Brown OBA 16352**
**715 S. Elgin Ave.**
**Tulsa, OK 74120**

**918-585-9500**
**866-552-4874**
**ron@ronbrownlaw.com**

Counsel for
**Jackie Dale Long, Jr.**
**Karis Taneal Long**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | |
|---|---|---|
| **The City of Oklahoma City**<br>100 N. WALKER AVE, STE 300<br>OKLAHOMA CITY, OK 73102 | Pay Group: POL-POLICE<br>Pay Begin Date: 07/24/2020<br>Pay End Date: 08/06/2020 | Business Unit: POLCE<br>Advice #: **000000003959457**<br>Advice Date: 08/14/2020 |

| | | |
|---|---|---|
| **JACKIE DALE LONG Jr**<br>1704 NW 146TH ST<br>EDMOND, OK 73013 | Employee ID: 52485<br>Department: 4200293-Springlake<br>Location: POLICE<br>Job Title: Police Officer<br>Pay Rate: $30.580000 Hourly | |

| TAX DATA: | Federal | OK State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 1 | 1 |
| Addl. Percent: | | |
| Addl. Amount: | | |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|
| Regular Pay | 30.580000 | 80.00 | 2,446.40 | 29,963.67 |
| Shift Diff - Police 3rd Shift | | | 60.00 | 900.00 |
| Uniform Maintenance Police | | | 35.00 | 595.00 |
| Emergency Mobilization O/T | | | 0.00 | 1,467.85 |
| State Court Overtime | | | 0.00 | 336.60 |
| Raaid | | | 0.00 | 224.40 |
| Community Policing Events | | | 0.00 | 224.40 |
| On Call For Court Pay | | | 0.00 | 152.90 |
| SD3 OT | | | 0.00 | 55.70 |
| Paid Sick Quarantine | | | 0.00 | 2,446.40 |
| MASS RETRO PAY ON OVERTIME | | | 0.00 | 66.47 |
| MASS RETRO | | | 0.00 | 489.92 |
| Other | | | 0.00 | 9,924.33 |
| **TOTAL:** | | **80.00** | **2,541.40** | **46,847.64** |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 213.38 | 4,601.45 |
| Fed MED/EE | 34.36 | 644.18 |
| OK Withholdng | 79.00 | 1,570.00 |
| **TOTAL:** | **326.74** | **6,815.63** |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Blue Care Dental Before Tax | 14.45 | 216.75 |
| HMO - BTax | 142.56 | 1,979.98 |
| Vision Care - BTax | 6.49 | 97.35 |
| Supplemental AD/D $5,000 BTAX | 0.08 | 1.20 |
| Voluntary Suppl Life 1X BTax | 9.12 | 135.96 |
| Optional Supp Life - BTAX | 0.73 | 10.95 |
| Nationwide 457 Plan - Stnrd | 150.00 | 2,300.00 |
| Police Retirement Contrib-EE | 200.51 | 3,413.01 |
| **TOTAL:** | **523.94** | **8,155.20** |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Spouse Life Coverage | 2.85 | 42.75 |
| Long Term Disability-After Tax | 18.00 | 270.00 |
| Accident Insurance After TAx | 19.33 | 289.95 |
| FOP Lodge 123 Union Dues | 34.05 | 578.85 |
| FOP Political Action Committee | 5.00 | 85.00 |
| Mun EE Charitable Contribution | 2.00 | 34.00 |
| Police Department Association | 20.18 | 316.78 |
| Police Dept Benefit Associatio | 11.50 | 195.50 |
| **TOTAL:** | **112.91** | **1,812.83** |

**EMPLOYER PAID BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Blue Care Dental Before Tax | 8.00 | 120.00 |
| HMO - BTax | 807.81 | 11,219.53 |
| Employee Assistance Program | 1.84 | 14.72 |
| Basic Life/AD&D - ER | 0.87 | 13.05 |
| Voluntary Suppl Life 1X BTax* | 1.38 | 20.46 |
| Police Retirement Contrib - ER | 325.83 | 5,546.15 |
| FSA Administrative Fees | 0.83 | 6.64 |
| HMO Administrative Fee - City | 14.75 | 231.81 |
| ***TAXABLE** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,541.40 | 2,018.84 | 326.74 | 636.85 | 1,577.81 |
| YTD | 46,847.64 | 38,712.90 | 6,815.63 | 9,968.03 | 30,063.98 |

**LEAVE BALANCE**

| Type | Earned | Balance |
|---|---|---|
| COM | 0.00 | 11.62 |
| ISD | 0.00 | 0.00 |
| MIL | 0.00 | 0.00 |
| SCK | 5.00 | 386.00 |
| SPD | 0.00 | -50.00 |
| SVC | 0.00 | 0.00 |
| TTA | 0.00 | 0.00 |
| VAC | 3.70 | 45.30 |
| COM | 0.00 | 11.62 |
| ISD | 0.00 | 0.00 |
| MIL | 0.00 | 0.00 |
| SCK | 5.00 | 386.00 |
| SPD | 0.00 | -50.00 |
| SVC | 0.00 | 0.00 |
| TTA | 0.00 | 0.00 |
| VAC | 3.70 | 45.30 |

**NET PAY DISTRIBUTION**

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000003959457 | Checking | 57191902 | 1,577.81 |
| **TOTAL:** | | | **1,577.81** |

**MESSAGE:**

**The City of Oklahoma City**
100 N. WALKER AVE, STE 300
OKLAHOMA CITY, OK 73102

| | |
|---|---|
| Pay Group: | POL-POLICE |
| Pay Begin Date: | 08/07/2020 |
| Pay End Date: | 08/20/2020 |

| | |
|---|---|
| Business Unit: | POLCE |
| Advice #: | **000000003964173** |
| Advice Date: | 08/28/2020 |

**JACKIE DALE LONG Jr**
1704 NW 146TH ST
EDMOND, OK 73013

| | |
|---|---|
| Employee ID: | 52485 |
| Department: | 4200293-Springlake |
| Location: | POLICE |
| Job Title: | Police Officer |
| Pay Rate: | $30.580000 Hourly |

| TAX DATA: | Federal | OK State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 1 | 1 |
| Addl. Percent: | | |
| Addl. Amount: | | |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|
| Regular Pay | 30.580000 | 70.00 | 2,140.60 | 32,104.27 |
| Shift Diff - Police 3rd Shift | | | 60.00 | 960.00 |
| Special Assignment Pay | 30.580000 | 10.00 | 305.80 | 5,711.20 |
| Uniform Maintenance Police | | | 35.00 | 630.00 |
| Emergency Mobilization O/T | | | 0.00 | 1,467.85 |
| State Court Overtime | | | 0.00 | 336.60 |
| Raaid | | | 0.00 | 224.40 |
| Community Policing Events | | | 0.00 | 224.40 |
| On Call For Court Pay | | | 0.00 | 152.90 |
| SD3 OT | | | 0.00 | 55.70 |
| Paid Sick Quarantine | | | 0.00 | 2,446.40 |
| MASS RETRO PAY ON OVERTIME | | | 0.00 | 66.47 |
| Other | | | 0.00 | 5,008.85 |
| **TOTAL:** | | **80.00** | **2,541.40** | **49,389.04** |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 213.38 | 4,814.83 |
| Fed MED/EE | 34.35 | 678.53 |
| OK Withholdng | 79.00 | 1,649.00 |
| **TOTAL:** | **326.73** | **7,142.36** |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Blue Care Dental Before Tax | 14.45 | 231.20 |
| HMO - BTax | 142.56 | 2,122.54 |
| Vision Care - BTax | 6.49 | 103.84 |
| Supplemental AD/D $5,000 BTAX | 0.08 | 1.28 |
| Voluntary Suppl Life 1X BTax | 9.12 | 145.08 |
| Optional Supp Life - BTAX | 0.73 | 11.68 |
| Nationwide 457 Plan - Stnrd | 150.00 | 2,450.00 |
| Police Retirement Contrib-EE | 200.51 | 3,613.52 |
| **TOTAL:** | **523.94** | **8,679.14** |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Spouse Life Coverage | 2.85 | 45.60 |
| Long Term Disability-After Tax | 18.00 | 288.00 |
| Accident Insurance After TAx | 19.33 | 309.28 |
| FOP Lodge 123 Union Dues | 34.05 | 612.90 |
| FOP Political Action Committee | 5.00 | 90.00 |
| Mun EE Charitable Contribution | 2.00 | 36.00 |
| Police Department Association | 20.18 | 336.96 |
| Police Dept Benefit Associatio | 11.50 | 207.00 |
| **TOTAL:** | **112.91** | **1,925.74** |

**EMPLOYER PAID BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Blue Care Dental Before Tax | 8.00 | 128.00 |
| HMO - BTax | 807.81 | 12,027.34 |
| Basic Life/AD&D - ER | 0.87 | 13.92 |
| Voluntary Suppl Life 1X BTax* | 1.38 | 21.84 |
| Police Retirement Contrib - ER | 325.83 | 5,871.98 |
| HMO Administrative Fee - City | 14.75 | 246.56 |
| FSA Administrative Fees | 0.00 | 6.64 |
| Employee Assistance Program | 0.00 | 14.72 |
| ***TAXABLE** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,541.40 | 2,018.84 | 326.73 | 636.85 | 1,577.82 |
| YTD | 49,389.04 | 40,731.74 | 7,142.36 | 10,604.88 | 31,641.80 |

**LEAVE BALANCE**

| Type | Earned | Balance |
|---|---|---|
| COM | 0.00 | 11.62 |
| ISD | 0.00 | 0.00 |
| MIL | 0.00 | 0.00 |
| SCK | 5.00 | 391.00 |
| SPD | 0.00 | -50.00 |
| SVC | 0.00 | 0.00 |
| TTA | 0.00 | 0.00 |
| VAC | 3.70 | 49.00 |
| COM | 0.00 | 11.62 |
| ISD | 0.00 | 0.00 |
| MIL | 0.00 | 0.00 |
| SCK | 5.00 | 391.00 |
| SPD | 0.00 | -50.00 |
| SVC | 0.00 | 0.00 |
| TTA | 0.00 | 0.00 |
| VAC | 3.70 | 49.00 |

**NET PAY DISTRIBUTION**

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000003964173 | Checking | 248141912001 | 100.00 |
| | Checking | 57191902 | 1,477.82 |
| **TOTAL:** | | | **1,577.82** |

**MESSAGE:**

**The City of Oklahoma City**
100 N. WALKER AVE, STE 300
OKLAHOMA CITY, OK 73102

| | |
|---|---|
| Pay Group: | POL-POLICE |
| Pay Begin Date: | 08/21/2020 |
| Pay End Date: | 09/03/2020 |

| | |
|---|---|
| Business Unit: | POLCE |
| Advice #: | **000000003968865** |
| Advice Date: | 09/11/2020 |

**JACKIE DALE LONG Jr**
1704 NW 146TH ST
EDMOND, OK 73013

| | |
|---|---|
| Employee ID: | 52485 |
| Department: | 4200293-Springlake |
| Location: | POLICE |
| Job Title: | Police Officer |
| Pay Rate: | $30.810000 Hourly |

| TAX DATA: | Federal | OK State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 1 | 1 |
| Addl. Percent: | | |
| Addl. Amount: | | |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|
| Regular Pay | 30.810000 | 10.00 | 308.10 | 34,247.17 |
| Shift Diff - Police 3rd Shift | | | 60.00 | 1,020.00 |
| Uniform Maintenance Police | | | 35.00 | 665.00 |
| Regular Pay | 30.580000 | 60.00 | 1,834.80 | 0.00 |
| Vacation Pay | 30.580000 | 10.00 | 305.80 | 1,718.53 |
| Emergency Mobilization O/T | | | 0.00 | 1,467.85 |
| State Court Overtime | | | 0.00 | 336.60 |
| Raaid | | | 0.00 | 224.40 |
| Community Policing Events | | | 0.00 | 224.40 |
| On Call For Court Pay | | | 0.00 | 152.90 |
| SD3 OT | | | 0.00 | 55.70 |
| Paid Sick Quarantine | | | 0.00 | 2,446.40 |
| Other | | | 0.00 | 9,373.79 |
| **TOTAL:** | | **80.00** | **2,543.70** | **51,932.74** |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 213.81 | 5,028.64 |
| Fed MED/EE | 34.39 | 712.92 |
| OK Withholdng | 80.00 | 1,729.00 |
| **TOTAL:** | **328.20** | **7,470.56** |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Blue Care Dental Before Tax | 14.45 | 245.65 |
| HMO - BTax | 142.56 | 2,265.10 |
| Vision Care - BTax | 6.49 | 110.33 |
| Supplemental AD/D $5,000 BTAX | 0.08 | 1.36 |
| Voluntary Suppl Life 1X BTax | 9.27 | 154.35 |
| Optional Supp Life - BTAX | 0.73 | 12.41 |
| Nationwide 457 Plan - Stnrd | 150.00 | 2,600.00 |
| Police Retirement Contrib-EE | 200.70 | 3,814.22 |
| **TOTAL:** | **524.28** | **9,203.42** |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Spouse Life Coverage | 2.85 | 48.45 |
| Long Term Disability-After Tax | 18.00 | 306.00 |
| Accident Insurance After TAx | 19.33 | 328.61 |
| FOP Lodge 123 Union Dues | 34.05 | 646.95 |
| FOP Political Action Committee | 5.00 | 95.00 |
| Mun EE Charitable Contribution | 2.00 | 38.00 |
| Police Department Association | 20.18 | 357.14 |
| Police Dept Benefit Associatio | 11.50 | 218.50 |
| **TOTAL:** | **112.91** | **2,038.65** |

**EMPLOYER PAID BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Blue Care Dental Before Tax | 8.00 | 136.00 |
| HMO - BTax | 807.81 | 12,835.15 |
| Employee Assistance Program | 1.84 | 16.56 |
| Basic Life/AD&D - ER | 0.87 | 14.79 |
| Voluntary Suppl Life 1X BTax* | 1.42 | 23.26 |
| Police Retirement Contrib - ER | 326.13 | 6,198.11 |
| FSA Administrative Fees | 0.83 | 7.47 |
| HMO Administrative Fee - City | 14.75 | 261.31 |
| ***TAXABLE** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,543.70 | 2,020.84 | 328.20 | 637.19 | 1,578.31 |
| YTD | 51,932.74 | 42,752.58 | 7,470.56 | 11,242.07 | 33,220.11 |

**LEAVE BALANCE**

| Type | Earned | Balance |
|---|---|---|
| COM | 0.00 | 11.62 |
| ISD | 0.00 | 0.00 |
| MIL | 0.00 | 0.00 |
| SCK | 5.00 | 396.00 |
| SPD | 0.00 | -50.00 |
| SVC | 0.00 | 0.00 |
| TTA | 0.00 | 0.00 |
| VAC | 23.70 | 62.70 |

**NET PAY DISTRIBUTION**

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000003968865 | Checking | 248141912001 | 100.00 |
| | Checking | 57191902 | 1,478.31 |
| **TOTAL:** | | | **1,578.31** |

**MESSAGE:**

**The City of Oklahoma City**
100 N. WALKER AVE, STE 300
OKLAHOMA CITY, OK 73102

| | |
|---|---|
| Pay Group: | POL-POLICE |
| Pay Begin Date: | 09/04/2020 |
| Pay End Date: | 09/17/2020 |

| | |
|---|---|
| Business Unit: | POLCE |
| Advice #: | **000000003973549** |
| Advice Date: | 09/25/2020 |

**JACKIE DALE LONG Jr**
1704 NW 146TH ST
EDMOND, OK 73013

| | |
|---|---|
| Employee ID: | 52485 |
| Department: | 4200293-Springlake |
| Location: | POLICE |
| Job Title: | Police Officer |
| Pay Rate: | $30.810000 Hourly |

| TAX DATA: | Federal | OK State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 1 | 1 |
| Addl. Percent: | | |
| Addl. Amount: | | |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|
| Regular Pay | 30.810000 | 20.00 | 616.20 | 34,863.37 |
| Sick Leave Pay | 30.810000 | 60.00 | 1,848.60 | 2,304.00 |
| Shift Diff - Police 3rd Shift | | | 60.00 | 1,080.00 |
| Uniform Maintenance Police | | | 35.00 | 700.00 |
| Emergency Mobilization O/T | | | 0.00 | 1,467.85 |
| State Court Overtime | | | 0.00 | 336.60 |
| Raaid | | | 0.00 | 224.40 |
| Community Policing Events | | | 0.00 | 224.40 |
| On Call For Court Pay | | | 0.00 | 152.90 |
| SD3 OT | | | 0.00 | 55.70 |
| Paid Sick Quarantine | | | 0.00 | 2,446.40 |
| MASS RETRO PAY ON OVERTIME | | | 0.00 | 66.47 |
| Other | | | 0.00 | 10,570.45 |
| **TOTAL:** | | **80.00** | **2,559.80** | **54,492.54** |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 217.07 | 5,245.71 |
| Fed MED/EE | 34.62 | 747.54 |
| OK Withholdng | 80.00 | 1,809.00 |
| **TOTAL:** | **331.69** | **7,802.25** |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Blue Care Dental Before Tax | 14.45 | 260.10 |
| HMO - BTax | 142.56 | 2,407.66 |
| Vision Care - BTax | 6.49 | 116.82 |
| Supplemental AD/D $5,000 BTAX | 0.08 | 1.44 |
| Voluntary Suppl Life 1X BTax | 9.27 | 163.62 |
| Optional Supp Life - BTAX | 0.73 | 13.14 |
| Nationwide 457 Plan - Stnrd | 150.00 | 2,750.00 |
| Police Retirement Contrib-EE | 201.98 | 4,016.20 |
| **TOTAL:** | **525.56** | **9,728.98** |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Spouse Life Coverage | 2.85 | 51.30 |
| Long Term Disability-After Tax | 18.00 | 324.00 |
| Accident Insurance After TAx | 19.33 | 347.94 |
| FOP Lodge 123 Union Dues | 34.05 | 681.00 |
| FOP Political Action Committee | 5.00 | 100.00 |
| Mun EE Charitable Contribution | 2.00 | 40.00 |
| Police Department Association | 20.18 | 377.32 |
| Police Dept Benefit Associatio | 11.50 | 230.00 |
| **TOTAL:** | **112.91** | **2,151.56** |

**EMPLOYER PAID BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Blue Care Dental Before Tax | 8.00 | 144.00 |
| HMO - BTax | 807.81 | 13,642.96 |
| Basic Life/AD&D - ER | 0.87 | 15.66 |
| Voluntary Suppl Life 1X BTax* | 1.42 | 24.68 |
| Police Retirement Contrib - ER | 328.22 | 6,526.33 |
| HMO Administrative Fee - City | 14.75 | 276.06 |
| FSA Administrative Fees | 0.00 | 7.47 |
| Employee Assistance Program | 0.00 | 16.56 |
| ***TAXABLE** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,559.80 | 2,035.66 | 331.69 | 638.47 | 1,589.64 |
| YTD | 54,492.54 | 44,788.24 | 7,802.25 | 11,880.54 | 34,809.75 |

**LEAVE BALANCE**

| Type | Earned | Balance |
|---|---|---|
| COM | 0.00 | 11.62 |
| ISD | 0.00 | 0.00 |
| MIL | 0.00 | 0.00 |
| SCK | 5.00 | 341.00 |
| SPD | 0.00 | -50.00 |
| SVC | 0.00 | 0.00 |
| TTA | 0.00 | 0.00 |
| VAC | 4.30 | 67.00 |

**NET PAY DISTRIBUTION**

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000003973549 | Checking | 248141912001 | 100.00 |
| | Checking | 57191902 | 1,489.64 |
| **TOTAL:** | | | **1,589.64** |

**MESSAGE:**

| | | |
|---|---|---|
| **The City of Oklahoma City**<br>100 N. WALKER AVE, STE 300<br>OKLAHOMA CITY, OK 73102 | Pay Group: POL-POLICE<br>Pay Begin Date: 09/18/2020<br>Pay End Date: 10/01/2020 | Business Unit: POLCE<br>Advice #: **000000003978229**<br>Advice Date: 10/09/2020 |

| | | |
|---|---|---|
| **JACKIE DALE LONG Jr**<br>1704 NW 146TH ST<br>EDMOND, OK 73013 | Employee ID: 52485<br>Department: 4200293-Springlake<br>Location: POLICE<br>Job Title: Police Officer<br>Pay Rate: $30.810000 Hourly | **TAX DATA:** **Federal** / **OK State**<br>Marital Status: Single / Single<br>Allowances: 1 / 1<br>Addl. Percent:<br>Addl. Amount: |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|
| Regular Pay | 30.810000 | 50.00 | 1,540.50 | 36,403.87 |
| Bereavement Leave Pay | 30.810000 | 10.00 | 308.10 | 308.10 |
| Sick Leave Pay | 30.810000 | 10.00 | 308.10 | 2,612.10 |
| Shift Diff - Police 3rd Shift | | | 60.00 | 1,140.00 |
| Special Assignment Pay | 30.810000 | 6.00 | 184.86 | 5,896.06 |
| Uniform Maintenance Police | | | 35.00 | 735.00 |
| Vacation Pay | 30.810000 | 4.00 | 123.24 | 1,841.77 |
| Emergency Mobilization O/T | | | 0.00 | 1,467.85 |
| State Court Overtime | | | 0.00 | 336.60 |
| Raaid | | | 0.00 | 224.40 |
| Community Policing Events | | | 0.00 | 224.40 |
| On Call For Court Pay | | | 0.00 | 152.90 |
| Other | | | 0.00 | 5,709.29 |
| **TOTAL:** | | **80.00** | **2,559.80** | **57,052.34** |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 217.07 | 5,462.78 |
| Fed MED/EE | 34.62 | 782.16 |
| OK Withholdng | 80.00 | 1,889.00 |
| **TOTAL:** | **331.69** | **8,133.94** |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Blue Care Dental Before Tax | 14.45 | 274.55 |
| HMO - BTax | 142.56 | 2,550.22 |
| Vision Care - BTax | 6.49 | 123.31 |
| Supplemental AD/D $5,000 BTAX | 0.08 | 1.52 |
| Voluntary Suppl Life 1X BTax | 9.27 | 172.89 |
| Optional Supp Life - BTAX | 0.73 | 13.87 |
| Nationwide 457 Plan - Stnrd | 150.00 | 2,900.00 |
| Police Retirement Contrib-EE | 201.98 | 4,218.18 |
| **TOTAL:** | **525.56** | **10,254.54** |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Spouse Life Coverage | 2.85 | 54.15 |
| Long Term Disability-After Tax | 18.00 | 342.00 |
| Accident Insurance After TAx | 19.33 | 367.27 |
| FOP Lodge 123 Union Dues | 34.05 | 715.05 |
| FOP Political Action Committee | 5.00 | 105.00 |
| Mun EE Charitable Contribution | 2.00 | 42.00 |
| Police Department Association | 20.18 | 397.50 |
| Police Dept Benefit Associatio | 11.50 | 241.50 |
| **TOTAL:** | **112.91** | **2,264.47** |

**EMPLOYER PAID BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Blue Care Dental Before Tax | 8.00 | 152.00 |
| HMO - BTax | 807.81 | 14,450.77 |
| Employee Assistance Program | 1.84 | 18.40 |
| Basic Life/AD&D - ER | 0.87 | 16.53 |
| Voluntary Suppl Life 1X BTax* | 1.42 | 26.10 |
| Police Retirement Contrib - ER | 328.22 | 6,854.55 |
| FSA Administrative Fees | 0.83 | 8.30 |
| HMO Administrative Fee - City | 14.75 | 290.81 |
| ***TAXABLE** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,559.80 | 2,035.66 | 331.69 | 638.47 | 1,589.64 |
| YTD | 57,052.34 | 46,823.90 | 8,133.94 | 12,519.01 | 36,399.39 |

**LEAVE BALANCE**

| Type | Earned | Balance |
|---|---|---|
| COM | 0.00 | 11.62 |
| ISD | 0.00 | 0.00 |
| MIL | 0.00 | 0.00 |
| SCK | 5.00 | 336.00 |
| SPD | 0.00 | -50.00 |
| SVC | 0.00 | 0.00 |
| TTA | 0.00 | 0.00 |
| VAC | 4.30 | 67.30 |

**NET PAY DISTRIBUTION**

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000003978229 | Checking | 248141912001 | 25.00 |
| | Checking | 57191902 | 1,564.64 |
| **TOTAL:** | | | **1,589.64** |

**MESSAGE:**

| | | |
|---|---|---|
| **The City of Oklahoma City**<br>100 N. WALKER AVE, STE 300<br>OKLAHOMA CITY, OK 73102 | Pay Group: POL-POLICE<br>Pay Begin Date: 10/02/2020<br>Pay End Date: 10/15/2020 | Business Unit: POLCE<br>Advice #: **000000003982885**<br>Advice Date: 10/23/2020 |

| | | |
|---|---|---|
| **JACKIE DALE LONG Jr**<br>1704 NW 146TH ST<br>EDMOND, OK 73013 | Employee ID: 52485<br>Department: 4200293-Springlake<br>Location: POLICE<br>Job Title: Police Officer<br>Pay Rate: $30.810000 Hourly | |

| TAX DATA: | Federal | OK State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 1 | 1 |
| Addl. Percent: | | |
| Addl. Amount: | | |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|
| Regular Pay | 30.810000 | 10.00 | 308.10 | 36,711.97 |
| Bereavement Leave Pay | 30.810000 | 20.00 | 616.20 | 924.30 |
| Sick Leave Pay | 30.810000 | 50.00 | 1,540.50 | 4,152.60 |
| Shift Diff - Police 3rd Shift | | | 60.00 | 1,200.00 |
| Uniform Maintenance Police | | | 35.00 | 770.00 |
| Emergency Mobilization O/T | | | 0.00 | 1,467.85 |
| State Court Overtime | | | 0.00 | 336.60 |
| Raaid | | | 0.00 | 224.40 |
| Community Policing Events | | | 0.00 | 224.40 |
| On Call For Court Pay | | | 0.00 | 152.90 |
| SD3 OT | | | 0.00 | 55.70 |
| Paid Sick Quarantine | | | 0.00 | 2,446.40 |
| Other | | | 0.00 | 10,945.02 |
| **TOTAL:** | | **80.00** | **2,559.80** | **59,612.14** |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 217.07 | 5,679.85 |
| Fed MED/EE | 34.62 | 816.78 |
| OK Withholdng | 80.00 | 1,969.00 |
| **TOTAL:** | **331.69** | **8,465.63** |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Blue Care Dental Before Tax | 14.45 | 289.00 |
| HMO - BTax | 142.56 | 2,692.78 |
| Vision Care - BTax | 6.49 | 129.80 |
| Supplemental AD/D $5,000 BTAX | 0.08 | 1.60 |
| Voluntary Suppl Life 1X BTax | 9.27 | 182.16 |
| Optional Supp Life - BTAX | 0.73 | 14.60 |
| Nationwide 457 Plan - Stnrd | 150.00 | 3,050.00 |
| Police Retirement Contrib-EE | 201.98 | 4,420.16 |
| **TOTAL:** | **525.56** | **10,780.10** |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Spouse Life Coverage | 2.85 | 57.00 |
| Long Term Disability-After Tax | 18.00 | 360.00 |
| Accident Insurance After TAx | 19.33 | 386.60 |
| FOP Lodge 123 Union Dues | 34.05 | 749.10 |
| FOP Political Action Committee | 5.00 | 110.00 |
| Mun EE Charitable Contribution | 2.00 | 44.00 |
| Police Department Association | 20.18 | 417.68 |
| Police Dept Benefit Associatio | 11.50 | 253.00 |
| **TOTAL:** | **112.91** | **2,377.38** |

**EMPLOYER PAID BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Blue Care Dental Before Tax | 8.00 | 160.00 |
| HMO - BTax | 807.81 | 15,258.58 |
| Basic Life/AD&D - ER | 0.87 | 17.40 |
| Voluntary Suppl Life 1X BTax* | 1.42 | 27.52 |
| Police Retirement Contrib - ER | 328.22 | 7,182.77 |
| HMO Administrative Fee - City | 14.75 | 305.56 |
| FSA Administrative Fees | 0.00 | 8.30 |
| Employee Assistance Program | 0.00 | 18.40 |
| ***TAXABLE** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,559.80 | 2,035.66 | 331.69 | 638.47 | 1,589.64 |
| YTD | 59,612.14 | 48,859.56 | 8,465.63 | 13,157.48 | 37,989.03 |

**LEAVE BALANCE**

| Type | Earned | Balance |
|---|---|---|
| COM | 0.00 | 11.62 |
| ISD | 0.00 | 0.00 |
| MIL | 0.00 | 0.00 |
| SCK | 0.00 | 291.00 |
| SPD | 0.00 | -50.00 |
| SVC | 0.00 | 0.00 |
| TTA | 0.00 | 0.00 |
| VAC | 0.00 | 71.60 |

**NET PAY DISTRIBUTION**

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000003982885 | Checking | 248141912001 | 25.00 |
| | Checking | 57191902 | 1,564.64 |
| **TOTAL:** | | | **1,589.64** |

**MESSAGE:**