# United States Bankruptcy Court
## Western District of Oklahoma

In re **Jackie Dale Long, Jr.**
**Karis Taneal Long**

Debtor(s)

Case No. **20-13430**
Chapter **13**

## NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

PLEASE TAKE NOTICE that on **May 18, 2022** the above-captioned Chapter 13 case was converted to Chapter 7 pursuant to 11 U.S.C. §1307(a) and Federal Rule of Bankruptcy Procedure 1017(f)(3).

Date **May 18, 2022**

Signature ***/s/* Jackie Dale Long, Jr.**
**Jackie Dale Long, Jr.**
Debtor

Date **May 18, 2022**

Signature ***/s/* Karis Taneal Long**
**Karis Taneal Long**
Joint Debtor

Attorney ***/s/* Ron D. Brown OBA**
**Ron D. Brown OBA 16352**

**Brown Law Firm PC**
**715 S. Elgin Ave.**
**Tulsa, OK 74120**
**918-585-9500**
**Fax: 866-552-4874**
**ron@ronbrownlaw.com**
**Attorney for Debtors**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com