UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-13430-JDL |
| Jackie Dale Long, Jr. and Karis Taneal Long | ) | Chapter 13 |
| Debtors | ) | |

**COVER SHEET**

*Amended Summary of Assets and Liabilities*

*Amended Schedule I/J*

*Declaration*

Dated May 18, 2022

_/s/ Ron Brown_____________
Ron Brown, OBA # 16352
715 S. Elgin Ave
Tulsa, OK 74120
(918) 585-9500
(866) 552-4874 fax
ron@ronbrownlaw.com
Attorney for Debtor