**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

In Re:

Jackie Dale Long Jr

SSN: XXX-XX-7750

Debtor.

**Case No. 20-13430-JDL**
**Chapter 13**

**NOTICE OF TERMINATION OF PAYROLL WITHHOLDING OF DEBTOR**

An Order to Employer to Pay to Trustee was previously entered by this Court. This Order directed you to withhold from each pay period of the debtor referenced above. Pursuant to this Notice, you are to cease the deduction immediately until further order of the Court.

FRANCES KERSEY CITY CLERK

shall cease deducting from the pay of:

Jackie Dale Long Jr

Additionally, the employer shall refund to the debtor any money which the employer may now have on hand as a result of such withholdings. A copy of this Notice shall be sent to the employer by regular mail.

Respectfully submitted,

s/John Hardeman

John Hardeman, Trustee
321 Dean A. McGee Avenue
PO Box 1948
Oklahoma City, OK 73101
13trustee@chp13okc.com
Tel: (405) 236-4843
Fax: (405) 236-1004

AT