**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

In re:
Jackie Dale Long Jr
Karis Taneal Long
Debtor(s)

Case No. 20-13430-JDL

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

John Hardeman, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/20/2020.

2) The plan was confirmed on 12/15/2020.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/17/2021.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/29/2021.

5) The case was converted on 05/18/2022.

6) Number of months from filing to last payment: 18.

7) Number of months case was pending: 21.

8) Total value of assets abandoned by court order: $0.00.

9) Total value of assets exempted: $73,133.14.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $9,172.98 |
| Less amount refunded to debtor | $1,014.91 |

**NET RECEIPTS:** **$8,158.07**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,796.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $526.70 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$3,322.70**

Attorney fees paid and disclosed by debtor: $1,079.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACCOUNT MANAGEMENT RESOURC | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION SERVICES | Unsecured | 391.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION SERVICES | Unsecured | 201.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION SERVICES | Unsecured | 201.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION SERVICES | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION SERVICES | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION SERVICES | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 4,365.85 | 4,365.85 | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | 2,601.00 | NA | NA | 0.00 | 0.00 |
| BUREAU INC | Unsecured | 794.00 | NA | NA | 0.00 | 0.00 |
| CAC FINANCIAL | Unsecured | 273.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS BANK NA | Unsecured | NA | 3,466.84 | 3,466.84 | 0.00 | 0.00 |
| CITY NATIONAL BANK | Unsecured | 15,068.00 | NA | NA | 0.00 | 0.00 |
| CITY NATIONAL BANK & TRUST | Unsecured | NA | 56.61 | 56.61 | 0.00 | 0.00 |
| COMMUNICATION FEDERAL CU | Secured | 9,783.00 | 9,988.93 | 9,988.93 | 3,305.57 | 821.96 |
| COMMUNICATION FEDERAL CU | Unsecured | NA | 3,053.34 | 3,053.34 | 0.00 | 0.00 |
| CREDIT BUREAU SERVICES ASSOC | Unsecured | 619.00 | NA | NA | 0.00 | 0.00 |
| DELIVERY FINANCIAL SERVICE | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION | Unsecured | 6,850.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY PHYSICIANS OF MID AI | Unsecured | 1,131.00 | 1,131.00 | 1,131.00 | 0.00 | 0.00 |
| EMERGENCY SERVICES OF OKLAHO | Unsecured | 842.00 | 842.00 | 842.00 | 0.00 | 0.00 |
| JANA FERRELL AND ASSOCIATES | Unsecured | 7,381.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,704.00 | 1,751.67 | 1,751.67 | 0.00 | 0.00 |
| LEGENDS AUTO SALES | Secured | 4,165.00 | 4,165.00 | 4,165.00 | 587.33 | 120.51 |
| MIDLAND FUNDING LLC | Unsecured | 746.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST RECOVERY SYSTEM | Unsecured | 2,025.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST RECOVERY SYSTEM | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY COLLECTION | Unsecured | 3,636.00 | NA | NA | 0.00 | 0.00 |
| PARAGON REVENUE GROUP | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC | Unsecured | 564.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOC LLC | Unsecured | 1,122.00 | 1,122.19 | 1,122.19 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC | Unsecured | 403.00 | 403.77 | 403.77 | 0.00 | 0.00 |
| PROGRESSIVE LEASING | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| RELIANT HOLDINGS | Unsecured | 505.00 | NA | NA | 0.00 | 0.00 |
| SNAP FINANCE | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEMS | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| SPEEDY RAPID CASH | Unsecured | NA | 345.00 | 345.00 | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 753.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 720.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $14,153.93 | $3,892.90 | $942.47 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$14,153.93** | **$3,892.90** | **$942.47** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$16,538.27** | **$0.00** | **$0.00** |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $3,322.70 | |
| Disbursements to Creditors | $4,835.37 | |
| **TOTAL DISBURSEMENTS :** | | **$8,158.07** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 07/20/2022 By: /s/ John Hardeman
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.